# ADAM J. FISHBEIN
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
fishbeinadamj@gmail.com

October 13, 2025

**VIA ECF**
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Ogundare v. Equifax et al**
    **25 CV 4236 (DEH) (RWL)**

Dear Magistrate Judge Lehrburger:

I represent the plaintiff in the above matter. Plaintiff requests that the initial conference scheduled for October 22, 2025 be adjourned. As I have been in the midst of the holidays, I wanted to make this application earlier. As the Court is aware Plaintiff has resolved the matter with a number of defendants and is currently attempting to resolve with others. This is the first time that a request for an adjournment is being made. I have consent of Nissan if other parties also consent. I believe that the only other party that has entered an appearance where the matter is not resolved is Navy Federal. I have reached out to counsel for Navy Federal but have not heard back. While it would make more sense to make this application on Thursday, the deadline to submit the scheduling order is October 15 and I will not be in the office that day due to the holiday of Simchas Torah. Therefore, Plaintiff requests an extension to file the proposed case management plan to the end of the week. Plaintiff also requests the opportunity to present another updated application to adjourn the conference later in the week after I have had the opportunity to determine if all parties consent and the opportunity to provide various alternative dates.

There is another consideration why the conference should be adjourned. It appears that Accion Opporunity Fund has not appeared in the action as it seems no waiver was signed. The amended complaint was filed on July 22, 2025 so that there is still time to serve this Defendant. It seems it would make more sense to have all parties appear prior to the initial conference.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

 /s/
Adam J. Fishbein

  CC:  Attorneys of Record via ECF

---

**Judge's endorsement:**

Granted. Proposed case management plan due by October 17, 2025. Plaintiff may make another application to adjourn the same and the initial pretrial conference.

SO ORDERED:

10/14/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE