**ADAM J. FISHBEIN**
ATTORNEY AT LAW
735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
fishbeinadamj@gmail.com

October 17, 2025

**VIA ECF**

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Ogundare v. Equifax et al**
    **25 CV 4236 (DEH) (RWL)**

Dear Magistrate Judge Lehrburger:

I represent the plaintiff in the above matter. Upon consent, Plaintiff requests that the initial conference scheduled for October 22, 2025 be adjourned and the filing of the case management plan be adjourned as well. Since writing to Your Honor last, I have retained a process server to serve Accion Opportunity at the New York Secretary of State to be effectuated by October 20, 2025. Counsel for Navy will be out of the country from November 22 until December 2 and is otherwise available. Therefore, counsel for Navy, Nissan, Equifax and Plaintiff propose November 19, December 8 or December 9. December 3 was also agreed upon, but Ms. Bliss for Nissan indicated she would need someone to cover for her on said date. According to my review of the matter, Plaintiff has resolved the matter as against all other defendants.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

CC: Attorneys of Record via ECF

Granted. The conference will be rescheduled and the case management plan adjourned commensurately.

SO ORDERED:

10/20/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE