UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLUWOLE OGUNDARE,                          :
                                           :
                     Plaintiff,            :        25-CV-4236 (DEH) (RWL)
                                           :
        - against -                        :
                                           :        **ORDER**
EXPERIAN INFORMATION SOLUTIONS             :
INC., et al.,                              :
                                           :
                     Defendants.           :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Although the Court has scheduled a conference for July 1, 2026, the Court expects

the parties to meet and confer and narrow or eliminate any discovery disputes before

then, and if no disputes remain, the parties shall so notify the Court and request

cancellation of the conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 16, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1